McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN 291908
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8984
    Facsimile: (415) 744-0134
    E-Mail: Inseon.Jeong@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PRISCILLA GUTIERREZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:19-cv-02563-CKD<br><br>**STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

Upon remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to further develop the record and issue a new decision.  The ALJ will determine the administrative finality of the prior claim for Title II disability benefits filed on April 23, 2015, and consistently specify the period at issue in the current claim.  The ALJ will also reevaluate the persuasiveness of the opinion evidence and prior administrative findings pursuant to 20 C.F.R. § 404.1520c; reevaluate the statements of nonmedical sources in accordance with 20 C.F.R. § 404.1520b; reassess Plaintiff's residual functional capacity; and if warranted, obtain vocational expert evidence to determine whether Plaintiff can still do her past relevant work or other work in the national economy.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

/

/

/

/

/

/

/

/

/

/

Date: *November 20, 2020*           JESSE KAPLAN

                                    By:     */s/ In Seon Jeong for Jesse Kaplan*
                                    JESSE KAPLAN
                                    *Authorized by email on November 18, 2020*
                                    Attorneys for Plaintiff

Date: *November 20, 2020*           McGREGOR W. SCOTT
                                    United States Attorney
                                    Eastern District of California

                                    By:     */s/ In Seon Jeong*
                                    IN SEON JEONG
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

Of Counsel for the Defendant:

CASPAR I. CHAN
Assistant Regional Counsel
Social Security Administration
160 Spear Street, Suite 800

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: November 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE