PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8961
    Facsimile: 415-744-0134
    Email: caspar.chan@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PRISCILLA GUTIERREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-02563-CKD (SS)<br><br>**STIPULATION AND ORDER THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FOUR THOUSAND SEVEN HUNDRED NINETY-FIVE dollars ($4,795.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and FOUR HUNDRED dollars in costs under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

This stipulation also serves as notice that Plaintiff withdraws his Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. No. 25).

Case 2:19-cv-02563-CKD   Document 27   Filed 03/05/21   Page 3 of 3

1  Date: <u>March 5, 2021</u>                              JESSE S. KAPLAN

2                                              By:  <u>*/s/ Caspar Chan for Jesse Kaplan* *</u>
3                                                    JESSE S. KAPLAN
                                                     *Authorized by email on <u>March 5, 2021</u>*
4                                                    Attorneys for Plaintiff

5

6  Date: <u>March 5, 2021</u>                              PHILIP A. TALBERT
                                                    Acting United States Attorney
7                                                   DEBORAH LEE STACHEL
                                                    Regional Chief Counsel, Region IX
8

9                                              By:  <u>*/s/ Caspar Chan*</u>
                                                    CASPAR CHAN
10                                                  Special Assistant United States Attorney
                                                    Attorneys for Defendant
11

12                                      ORDER

13       APPROVED AND SO ORDERED.  The Clerk of Court shall note on the docket that

14  plaintiff's motion for attorney's fees under EAJA (ECF No. 25) is withdrawn.

15

16  Dated:  March 5, 2021

17                                              _____
                                                CAROLYN K. DELANEY
18                                              UNITED STATES MAGISTRATE JUDGE